UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No.: **08-0042 (SRC)** |
| vs. : | |
| CHRISTIAN HALL, : | **CONSENT ORDER MODIFYING CONDITIONS OF HOME DETENTION AND ELECTRONIC MONITORING** |
| Defendant. : | |

**THIS MATTER** having come before the Court on the application of defendant Christian Michael Hall (by Timothy M. Donohue, Arleo, Donohue & Biancamano, L.L.C.) for modification of the conditions of his home detention and electronic monitoring by the United States Probation Office; and the United States (by Jacob Elberg, Assistant United States Attorney) consenting to the entry of the Order; and the United States Probation Office (by Stanley Whetstone, United States Probation Officer) having no objection thereto; and it appearing that Mr. Hall's current custody agreement allows him to see Lauren (age 17), Ian (age 13), and Sean (age 5), at various times but needs to transport them back and forth to his home; and for good cause shown;

**IT IS** on this 18th day of March, 2011;

**HEREBY ORDERED** that the defendant's conditions of probation be modified as follows:

1. During the period of his participation in the Location Monitoring Program, Mr. Hall will be allowed to transport his children from their home to his residence on

alternate weekends beginning immediately, provided that Mr. Hall's probation officer shall receive advance notice of such travel and approves the same.

2. During the period of his participation in the Location Monitoring Program, Mr. Hall will be allowed to transport his children from their home to his residence at such other times as may be necessary to comply with the terms of any visitation or custody schedule: provided however, that Mr. Hall's probation officer shall receive advance notice of such travel and grant approval for the same.

3. All other conditions previously imposed shall remain in effect.

/s/ Stanley R. Chesler
Honorable Stanley R. Chesler
United States District Judge